**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-20978-CIV-WILLIAMS**

JEFFREY JOEL JUDY,

Plaintiff,

vs.

MIAMI MERCHANTS MART LLC,

Defendant.
______________________________ /

**ORDER DISMISSING CASE**

**THIS MATTER** is before the Court on the Parties' joint stipulation of dismissal with prejudice (DE 13). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees, except as otherwise agreed. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 21st day of September, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE